Valerie S. GAMBINO, Plaintiff–Appellant,

v.

ORLEANS PARISH CRIMINAL SHERIFF'S OFFICE; Charles C. Foti, Jr., Sheriff; Diana C. Rudder, Deputy Orleans Parish Criminal Sheriff; D. Beverly, Orleans Parish Criminal Sheriff's Office, Civilian Employee, Defendants–Appellees.

No. 05–30038.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 21, 2006.

Valerie S. Gambino, Kenner, LA, pro se.

L. Joseph Hassinger, Jr, Galloway, Johnson, Tompkins, Burr & Smith, New Orleans, LA, John F. Weeks, II, Timothy R. Richardson, Usry, Weeks & Matthews, New Orleans, LA, for Defendant–Appellee.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Valerie S. Gambino appeals pro se from the dismissal of all defendants after a

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

bench trial in this civil rights suit. She argues on appeal that her trial counsel rendered ineffective assistance in the prosecution of the suit. This argument is without merit because the constitutional right to effective assistance of counsel does not apply in a civil context. *Sanchez v. U.S. Postal Serv.,* 785 F.2d 1236, 1237 (5th Cir. 1986).

Gambino also asserts conclusionally that the theory of res ipsa loquitur should apply to her case. This issue is inadequately briefed and not considered. *See Yohey v. Collins,* 985 F.2d 222, 224–25 (5th Cir. 1993); FED. R.APP. P. 28(a)(9). This appeal is without arguable merit and is dismissed as frivolous. *See Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983); 5TH CIR. R. 42.2.

APPEAL DISMISSED.